**In re: CONDEMNATION BY the PENNSYLVANIA TURNPIKE COMMISSION OF PROPERTY LOCATED IN THE TOWNSHIP OF BRISTOL, BUCKS COUNTY, COMMONWEALTH of Pennsylvania for the I–95 Interchange Project (Parcel ID No. 05–020–048) The Pennsylvania Turnpike Commission**

v.

**ORANGE HILL, INC. and Martin/Petrone, L.P., Petitioners**

No. 419 MAL 2017

Supreme Court of Pennsylvania.

November 29, 2017

## ORDER

PER CURIAM

**AND NOW**, this 29th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.